1  William D. Taylor (SBN 051689)
   HANSON BRIDGETT, LLP
2  500 Capitol Mall, Suite 1500
   Sacramento, CA 95814
3  Tel: (916) 442-3333
   Fax: (916) 442-2348
4
   Attorneys for Plaintiff
5  MACY'S, INC.

6                    UNITED STATES DISTRICT COURT

7

8                    NORTHERN DISTRICT OF CALIFORNIA

9  MAINFREIGHT USA, INC.,              ) CASE NO.: 4:10-cv-04314-EMC
                                        )
10          Plaintiff,                  ) **STIPULATION AND** ~~PROPOSED~~ **ORDER**
                                        ) **RE DISMISSAL—FRCP RULE 41**
11      vs.                             )
                                        )
12                                      )
   MACY'S, INC. aka MACY'S CORPORATE    )
13 SERVICES, INC. and aka MACY'S        )
   MERCHANDISING GROUP, INC. and        )
14 DOES 1-50, inclusive,                )
                                        )
15                                      )
            Defendants.                 )
16

17 TO THE HONORABLE COURT:

18      Pursuant to Federal Rules of Civil Procedure, Rule 41, and in light of the settlement of

19 this action and execution of a Settlement Agreement by the parties and payment of settlement

20 monies by defendant, the parties hereby stipulate to the dismissal of the above-entitled action,

21 with prejudice.

22 ///

23 ////

24 /////

25 //////

26 ///////

27 ////////

28 /////////

**STIPULATION RE DISMISSAL**

- 1 -

3326682.1

IT IS HEREBY STIPULATED BY THE UNDERSIGNED PARTIES

Dated: August 23, 2011

**LAW OFFICE OF ROBERT S. COOPER**

_____
Robert S. Cooper, Esq.,
Attorneys for Plaintiff MAINFREIGHT USA, INC.
3655 Torrance Boulevard, Suite 300
Torrance, CA 90503
Telephone: (424)247-1193
Fax: (424)247-1194
California Bar Number 158878
Email: rsc@robertcooperlaw.com

Dated: August 23, 2011

**HANSON BRIDGETT, LLP**

_____
William D. Taylor, Esq.
Attorneys for Defendant MACY'S, INC.
500 Capitol Mall, Suite 1500
Sacramento, CA 95814
Tel: (916) 442-3333
Fax: (916) 442-2348
California Bar Number 051689
Email: wtaylor@hansonbridgett.com

IT IS SO ORDERED.

Dated: August  31 , 2011



_____
Hon. P[hyllis J. Hamilton]
U.S. D[istrict Judge]

**STIPULATION RE DISMISSAL**

- 2 -

3326682.1

IT IS HEREBY STIPULATED BY THE UNDERSIGNED PARTIES

Dated: August 23, 2011

**LAW OFFICE OF ROBERT S. COOPER**

_____
Robert S. Cooper, Esq.,
Attorneys for Plaintiff MAINFREIGHT USA, INC.
3655 Torrance Boulevard, Suite 300
Torrance, CA 90503
Telephone: (424)247-1193
Fax: (424)247-1194
California Bar Number 158878
Email: rsc@robertcooperlaw.com

Dated: August 23, 2011

**HANSON BRIDGETT, LLP**

_____
William D. Taylor, Esq.
Attorneys for Defendant MACY'S, INC.
500 Capitol Mall, Suite 1500
Sacramento, CA 95814
Tel: (916) 442-3333
Fax: (916) 442-2348
California Bar Number 051689
Email: wtaylor@hansonbridgett.com

IT IS SO ORDERED.

Dated: August ____, 2011

_____
Hon. Phyllis Hamilton
U.S. District Court

**STIPULATION RE DISMISSAL**

- 2 -

3326682.1